# Balsam *v.* The State.

## *Violating Oyster Law.*

(Decided May 20, 1915.   69 South. 236.)

*Criminal Law; Statute; Repealing; Effect.*—Under the express provisions of section 7806, Code 1907, a prosecution for the violation of a statute is not destroyed by the repeal of the act after a conviction thereunder.

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

Solomon Balsam was convicted of violating the Oyster Commission Law, and he appeals. Affirmed.

A. & F. B. LATADY, for appellant.

W. L. MARTIN, Attorney General, and J. P. MUDD, Assistant Attorney General, for the State.

THOMAS, J.—The judgment in this case is affirmed on the authority of *Mangeldorf v. State,* 8 Ala. App. 302, 62 South. 373, *Ex parte Mangeldorf,* 185 Ala. 33, 64 South. 598, and *State v. Parker,* 5 Ala. App. 231, 59 South. 741, which settle, adversely to appellant, every question raised in the case, except the contention that the fact of the repeal, since defendant's conviction, of the act under which defendant was convicted, destroys the prosecution.   That contention is equally without merit.—Code, § 7806; *Birmingham v. Baranco,* 4 Ala. App. 279, 58 South. 944.

Affirmed.